DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MATTHEW ROMANS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2192

[March 31, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara McCarthy, Judge; L.T. Case No. 12-007046 CF10A.

Matthew Romans, Clewiston, pro se.

No appearance required by appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***